# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SECURITIES AND EXCHANGE COMMISSION,**

          **Plaintiff,**

**-vs-**                                      **Case No. 6:07-cv-608-Orl-22DAB**

**AQUACELL BATTERIES, INC.; MICHAEL J. NASTE; AQUACELL BATTERIES FLORIDA, INC.; ETERNERGY, INC.; GAMING SOFTWARE, INC., f/k/a: Bet-Net Enterprises, Inc.; GAMING SOFTWARE INTERNATIONAL; GODFATHER'S, INC.; MIGHTY MUSCLE CARS, INC.; and HOLLYWOOD MOVIE HAIR PRODUCTS, INC.,**

          **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION FOR THE ENTRY OF AN ORDER DETERMINING CERTAIN PERSONAL PROPERTY TO BE PROPERTY OF THE RECEIVERSHIP AND APPROVING THE SALE OF THE PROPERTY (Doc. No. 92)**
>
> **FILED:** January 25, 2008
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

The motion reflects that it has been appropriately served on all parties claiming any interest in the vehicles. No objections or opposition to the motion have been timely asserted despite adequate notice and opportunity to do so, and the motion is otherwise due to be granted on its merits. The Court therefore finds that the 1969 Camaro (VIN # 12479N502831) and the 1957 Chevrolet (VIN # 57B135132) are rightfully property of the Receivership, and the Receiver is hereby authorized to sell the Camaro and the Chevrolet to any third party for an amount not less than 90% of the appraised value, as set forth in the attachments to the motion.

**DONE** and **ORDERED** in Orlando, Florida on February 12, 2008.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties