# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SECURITIES AND EXCHANGE COMMISSION,**

         **Plaintiff,**

**-vs-**                                                        **Case No. 6:07-cv-608-Orl-22DAB**

**AQUACELL BATTERIES, INC.; MICHAEL J. NASTE; AQUACELL BATTERIES FLORIDA, INC.; ETERNERGY, INC.; GAMING SOFTWARE, INC., f/k/a: Bet-Net Enterprises, Inc.; GAMING SOFTWARE INTERNATIONAL; GODFATHER'S, INC.; MIGHTY MUSCLE CARS, INC.; and HOLLYWOOD MOVIE HAIR PRODUCTS, INC.,**

         **Defendants.**
_____

## ORDER

This cause came on for consideration at status and scheduling conference, and the Court addressed the following matters:

> **MOTION:**    **MOTION TO INTERVENE TO SEEK RELIEF FROM THE STAY OF LITIGATION (FOUNTAINHEAD) (Doc. No. 98)**
>
> **FILED:**      April 14, 2008
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED** in part.

To the extent the motion seeks permission for Fountainhead, LLC to assert its claim to real and personal property currently subject to the stay, the motion is **granted.** To the extent the parties

desire to conduct discovery with respect to this claim, Defendant Michael J. Naste is **ORDERED** to make himself available for deposition with respect to this claim, on short notice. Additional briefing, if desired, shall be filed no later than **June 13, 2008.**

**TAKE NOTICE** that an evidentiary hearing on this claim will be held before the undersigned on **TUESDAY, JUNE 17, 2008 at 1:30 PM.** Counsel for Fountainhead is **directed** to serve notice of these proceedings **forthwith** on the alleged second mortgage holder and to file a certificate of service of same. The second mortgage holder should take notice that these proceedings may affect its claimed interest in the property and may make an appearance in this proceeding as may be appropriate. Any party planning to participate in the evidentiary hearing shall pre-mark any exhibits and shall exchange those exhibits and a list of intended witnesses with other interested parties by June 13, 2008. The parties shall make a good faith effort to stipulate to facts not genuinely in dispute so that the hearing time can be devoted to matters actually contested.

| | |
|---|---|
| **MOTION:** | **MOTION FOR AN ORDER DIRECTING THE TURNOVER OF BROOKLINE PROPERTY (Doc. No. 102)** |
| **FILED:** | **April 25, 2008** |

**THEREON** it is **ORDERED** that the motion is **deferred.**

As counsel has represented that limited discovery is needed, Defendant Michael J. Naste is **ORDERED** to make himself available for deposition with respect to this claim, on short notice. The parties are directed to cooperate with respect to document production or the taking of additional depositions, in order to accommodate the expedited schedule. The parties shall have until **JUNE 10, 2008,** in which to complete discovery and supplement the record with additional evidence or briefing.

In that supplemental filing, the parties are **directed** to advise the Court whether an evidentiary hearing is desired or whether the record is complete enough to proceed on the papers with or without oral argument. It is the desire of the Court to schedule whatever additional proceedings are necessary by the end of June.

> **MOTION:** **MOTION FOR ORDER ESTABLISHING CLAIMS ADJUDICATION PROCEDURE (Doc. No. 109)**
>
> **FILED:** **May 5, 2008**
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED** in part.

The procedure set forth in the motion is **approved**, with the exception of the claims of Fountainhead, LLC, which are being adjudicated following the procedures set forth herein. The Court will enter a separate Order setting forth the detailed claims procedure.

> **MOTION:** **MOTION FOR THE ENTRY OF AN ORDER REGARDING TURNOVER OF REAL PROPERTY (NORTH CAROLINA) (Doc. No. 115)**
>
> **FILED:** **May 9, 2008**
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **deferred**.

> **MOTION:** **MOTION FOR ENTRY OF AN ORDER DIRECTING THE TURNOVER AND TRANSFER OF 1997 BENTLEY (Doc. No. 117)**
>
> **FILED:** **May 9, 2008**
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **deferred**.

Although the motions reflect that Dr. Hennigan is represented by counsel, at hearing, counsel for the Receiver represented that no formal appearance has been made on Dr. Hennigan's behalf, and his counsel has withdrawn. To the extent Dr. Hennigan wishes to be heard with respect to these motions, he must appear either through counsel or *pro se.* Dr. Hennigan is **directed** to file a response brief including a statement of his position with respect to these motions **no later than June 6, 2008. Dr. Hennigan is advised that failure to respond to this Order may result in orders adjudicating all claims to the property described in these motions without further proceedings. The Receiver is directed to serve this Order on Dr. Hennigan forthwith and to file a certificate to that effect.**

> **MOTION:** **MOTION FOR LEAVE TO FILE A REPLY (Doc. No. 125)**
>
> **FILED:** May 16, 2008
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**, as set forth above.

> **MOTION:** **MOTION FOR HEARING ON MOTION TO INTERVENE (Doc. No. 126)**
>
> **FILED:** May 16, 2008
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**, as set forth above.

**DONE** and **ORDERED** in Orlando, Florida on May 28, 2008.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties