UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:07-cv-0608-ORL-22-DAB

SECURITIES AND EXCHANGE COMMISSION, )
)
Plaintiff, )
)
-v. )
)
AQUACELL BATTERIES, INC. and )
MICHAEL J. NASTE, )
)
Defendants, )
)
AQUACELL BATTERIES FLORIDA, INC., )
ETERNERGY, INC., )
GAMING SOFTWARE, INC. )
   (f/k/a BET-NET ENTERPRISES, INC.), )
GAMING SOFTWARE INTERNATIONAL, )
GODFATHER'S INC., )
MIGHTY MUSCLE CARS, INC., and )
HOLLYWOOD MOVIE HAIR PRODUCTS, INC. )
)
Relief Defendants. )
_____ /

## FINAL JUDGMENT CONFIRMING RECEIVER'S SALE OF REALTY
## (201 ST. PAUL STREET, UNIT 1, BROOKLINE, MASSACHUSETTS)

This matter came before the Court on Receiver, Michael L. Gore's Motion for Confirmation of Private Sale of Realty (201 St. Paul Street, Unit 1, Brookline, Massachusetts) ("Motion") [DOC 195]. By Order Granting such Motion [DOC 197], this Court confirmed the Receiver's sale of a parcel of realty located at 201 St. Paul Street, Unit 1, Brookline, Massachusetts, 02446, pursuant to 28 U.S.C. § 2001 and expressly directed, pursuant to Rule 54(b), Fed.R.Civ.P., that Final Judgment be entered because there is no just reason to delay. Accordingly, this Court issues this Final Judgment Confirming Receiver's Sale of Realty, for which let execution issue forthwith.

12

**ORDERED AND ADJUDGED** that:

1. The Receiver, Michael L. Gore, was authorized to sell the following parcel of realty: 201 St. Paul Street, Unit 1, Brookline, Massachusetts, 02446; Legal Description recorded in Book: 23000, Page 387, Norfolk County Registry of Deeds (the "Property").

2. This Court has issued an Order granting, pursuant to 28 U.S.C. § 2001, the Receiver's Motion to confirm the sale of the Property.

3. Accordingly, a Final Judgment is entered confirming the Receiver's sale of the Property.

4. This Court shall retain jurisdiction to enforce the terms of this Final Judgment.

**DONE AND ORDERED** in Chambers in Orlando, Florida this 25th day of November, 2008.

~~DAVID A. BAKER~~ Anne C. Conway
Chief UNITED STATES ~~MAGISTRATE~~ District JUDGE

Copies furnished to: All Counsel of Record

ORLDOCS 11339367 1