**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SECURITIES AND EXCHANGE COMMISSION,**
                   **Plaintiff,**

**-vs-**                                          **Case No.  6:07-cv-608-Orl-22DAB**

**AQUACELL BATTERIES, INC.;**
**MICHAEL J. NASTE;**
**AQUACELL BATTERIES FLORIDA, INC.; ETERNERGY, INC.;**
**GAMING SOFTWARE, INC., f/k/a: Bet-Net Enterprises, Inc.;**
**GAMING SOFTWARE INTERNATIONAL;**
**GODFATHER'S, INC.;**
**MIGHTY MUSCLE CARS, INC.;**
**HOLLYWOOD MOVIE HAIR PRODUCTS, INC.,**
                   **Defendants.**
_____

**ORDER**

This cause is before the Court on Report and Recommendation (Doc. No. 259) filed on August 18, 2010.

The United States Magistrate Judge has submitted a report recommending that the presiding District Judge enter a Final Judgment confirming receiver's sale of realty.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed August 18, 2010 (Doc. No. 259) is ADOPTED and CONFIRMED and made a part of this Order.

2. The Court will enter by separate order a Final Judgment Confirming Receiver's Sale of Realty (165 Knoll Top Road, Robbinsville, North Carolina).

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on September 8, 2010.

Copies furnished to:

Counsel of Record
Unrepresented Party

ANNE C. CONWAY
United States District Judge