**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**SECURITIES AND EXCHANGE COMMISSION,**
          **Plaintiff,**

**-vs-**                                      **Case No. 6:07-cv-608-Orl-22DAB**

**AQUACELL BATTERIES, INC.;
MICHAEL J. NASTE;
AQUACELL BATTERIES FLORIDA,
INC.; ETERNERGY, INC.;
GAMING SOFTWARE, INC., f/k/a: Bet-Net
Enterprises, Inc.;
GAMING SOFTWARE
INTERNATIONAL;
GODFATHER'S, INC.;
MIGHTY MUSCLE CARS, INC.;
HOLLYWOOD MOVIE HAIR
PRODUCTS, INC.,**
          **Defendants.**
_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

    This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **RECEIVER'S FINAL ACCOUNTING AND MOTION TO RETAIN UNCLAIMED FUNDS, DISCHARGE RECEIVER AND CLOSE THE ESTATE (Doc. No. 268)**
>
> **FILED:** December 7, 2010
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

As set forth in the Accounting, the Receiver advises that he has made distributions pursuant to the Plan in the total amount of $184,998.52, with a current undisbursed balance of $3,247.53, retained for the payment of future expenses. The Receiver also advises that two distribution checks in the aggregate amount of $5,279.16 remain un-cashed, although those checks have not been returned as undeliverable and the Receiver anticipates that those checks will be negotiated. The Receiver seeks permission to absorb those funds, should they remain unclaimed after diligent effort to locate the investors, and use the proceeds toward unpaid attorney's fees and costs. The Receiver also seeks permission to close the Estate, and for an Order discharging him from any further responsibilities in this matter. Upon review, the Court finds this to be a reasonable approach and, absent objection from any interested party, it is **respectfully recommended** that the motion be **GRANTED** and the District Court issue an Order:

1. Authorizing the Receiver to re-absorb, for the benefit of the Receivership Estate, any unclaimed distributions to investors in an amount not to exceed $5,279.16;

2. Approving payment to the Receiver of any unclaimed funds, not to exceed $8,526.69, for application to unpaid attorneys' fees and costs; and

3. Directing the Receiver to close the Receivership Estate, and discharging the Receiver from any further responsibilities, duties or activities in this matter.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on December 22, 2010.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Any Unrepresented Party
Courtroom Deputy