**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SECURITIES AND EXCHANGE COMMISSION,**
                **Plaintiff,**

**-vs-**                                              **Case No.  6:07-cv-608-Orl-22DAB**

**AQUACELL BATTERIES, INC.;**
**MICHAEL J. NASTE;**
**AQUACELL BATTERIES FLORIDA, INC.; ETERNERGY, INC.;**
**GAMING SOFTWARE, INC., f/k/a: Bet-Net Enterprises, Inc.;**
**GAMING SOFTWARE INTERNATIONAL;**
**GODFATHER'S, INC.;**
**MIGHTY MUSCLE CARS, INC.;**
**HOLLYWOOD MOVIE HAIR PRODUCTS, INC.,**
                **Defendants.**
_____

**ORDER**

This cause is before the Court on the Receiver's Final Accounting and Motion to Retain Unclaimed Funds, Close Receivership Estate and Discharge Receiver (Doc. No. 268) filed on December 7, 2010.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed December 22, 2010 (Doc. No. 269) is ADOPTED and CONFIRMED and made a part of this Order.

2. The Motion to Retain Unclaimed Funds, Close Receivership Estate and Discharge Receiver (Doc. No. 268) is GRANTED.

3. The Receiver is hereby authorized to re-absorb, for the benefit of the Receivership Estate, any unclaimed distribution to investors in a an amount not to exceed $5,279.16.

4. Payment to the Receiver of any unclaimed funds, not to exceed $8,526.69, for application to unpaid attorneys' fees and costs is hereby approved.

5. The Receiver is directed to close the Receivership Estate.

6. The Receiver is hereby discharged from further responsibilities, duties or activities in this matter.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on January 6, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

ANNE C. CONWAY
United States District Judge